UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, | ) ) ) | Civil No. 3:25-cv-00023 |
| | ) | |
| and | ) | |
| | ) | |
| DEPARTMENT OF HOMELAND SECURITY, | ) ) | |
| | ) | |
| and | ) | |
| | ) | |
| TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**SUPPLEMENTAL FILING IN RESPONSE TO THE COURT'S QUESTIONS
AT THE HEARING ON THE MOTION FOR PRELIMINARY INJUNCTION**

At today's hearing on Plaintiff John Doe's Motion for Preliminary Injunction, the Court requested undersigned counsel to provide certain factual information in a supplemental filing. After consultation with the Department of Homeland Security and the Department of State, undersigned counsel has been informed as follows:

1. With respect to whether Plaintiff Doe could access a database to confirm that he is in lawful F-1 status, there is no general database that provides an overview of whether a nonimmigrant student is in lawful status. Nor is there a repository of this information that is accessible by the public.

2. The Department of State internally memorializes when a prudential revocation is effective immediately, and it will transmit notice of effective-immediately revocations to the Department of Homeland Security. Information that a visa is revoked prudentially is

provided on a case-by-case basis from the Department of State to the Department of Homeland Security, generally through direct communications between DHS-ICE personnel and State personnel.

        Respectfully submitted,

        ZACHARY T. LEE
        Acting United States Attorney

Date: May 1, 2025         */s/ Laura Day Taylor*
        Laura Day Taylor
        Assistant United States Attorney
        Virginia State Bar No. 94021
        Illinois State Bar No. 6289334
        P. O. Box 1709
        Roanoke, VA 24008-1709
        Telephone: (540) 857-2250
        Facsimile: (540) 857-2283
        E-mail: Laura.Taylor@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2025, I caused a true copy of the foregoing Supplemental Filing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to the attorney of record.

        */s/ Laura Day Taylor*
        Laura Day Taylor
        Assistant United States Attorney