CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
May 14, 2025
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| John Doe, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 3:25-cv-00023 |
| Kristi Noem, in her official capacity as Secretary of Homeland Security, *et al.*, | ) ) ) ) |
| Defendants. | ) ) |

**PRELIMINARY INJUNCTION**

This matter is before the court on Plaintiff John Doe's motion for a preliminary injunction (Dkt. 5). For the reasons stated in the court's accompanying Memorandum Opinion, Doe's motion for a preliminary injunction is **GRANTED**. The court finds that Doe has made a clear showing he is likely to succeed on the merits of at least one of his claims; that Doe has made a clear showing of irreparable harm in the absence of a preliminary injunction; and that the balance of equities and the public interest weigh in favor of injunctive relief.

Accordingly, it is **ORDERED** that Defendants, for the pendency of this litigation, are **ENJOINED** from:

1. Terminating Doe's student record in the Student and Exchange Visitor Information System ("SEVIS") or reversing the reinstatement of Doe's SEVIS record without further showing and approval by this court.

2. Taking any direct or indirect action that is inconsistent with Doe maintaining lawful F-1 status in the United States—including detaining Doe or transporting him out

of this court's jurisdiction based on a finding that he is out of status—unless Doe fails to maintain F-1 status for one of the reasons enumerated in 8 C.F.R. § 214.1.

This Order is effective immediately.  The court waives the security requirement under Federal Rule of Civil Procedure 65(c).

**ENTERED** this  14th  day of May, 2025.

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE