**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

JOHN DOE,

        Plaintiff,

    v.

MARKWAYNE MULLIN, in his official
capacity as Secretary of Homeland Security;
the DEPARTMENT OF HOMELAND
SECURITY; TODD LYONS, in his
official capacity as Acting Director of U.S.
Immigration and Customs Enforcement,
,

        Defendants.

No.    3:25-cv-00023

## MOTION FOR RULE 11 SANCTIONS

For the reasons cited in Doe's opposition to Defendants' (newest) motion to dismiss, Doe respectfully moves for Rule 11 sanctions. A copy of this motion—together with the opposition to Defendant's (newest) motion to dismiss—was emailed to the attorneys who signed the pleading on March 28, 2026 and a copy was sent via certified mail the same day.

Respectfully submitted,

**Thomas Frampton**
580 Massie Road
Charlottesville, VA 22903

T: (202) 352-8341
E: tframpton@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2026, I caused a true copy of the foregoing to be

electronically filed with the Clerk of the Court using the CM/ECF system, which will provide

electronic notice to the attorney of record.

/s/ Thomas Frampton

**Thomas Frampton**
580 Massie Road
Charlottesville, VA 22903
T: (202) 352-8341
E: tframpton@gmail.com