CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
November 12, 2026
LAURA A. AUSTIN, CLERK
BY: s/ D. AUDIA
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| John Doe,<br><br>Plaintiff,<br><br>v.<br><br>Markwayne Mullin, in his official capacity as Secretary of Homeland Security, *et al.*<br><br>Defendants. | ) | Civil Action No. 3:25-cv-00023 |

**<u>ORDER</u>**

This matter is before the court on Plaintiff John Doe's motion for summary judgment. (Dkt. 97.) Because Doe's motion does not comply with the procedural rules of this district, the court will deny his motion and order him to refile the motion in accordance with the rules.

The Local Rules of the U.S. District Court for the Western District of Virginia require that "[a]ny motion for summary judgment or any other dispositive motion must contain a separately captioned section setting forth with specificity the material facts claimed to be undisputed together with specific record citations in support thereof." W.D. Va. Civ. R. 56(b). The same requirement was repeated in this court's scheduling order. (Scheduling Order ¶ 15 (Dkt. 50).) Furthermore, motions must be accompanied by supporting briefs. W.D. Va. Civ. R. 11(c)(1); (Scheduling Order ¶ 10.) Doe's motion for summary judgment contains no statement of undisputed facts, no citations to the record, and is not accompanied by a separate brief with supporting legal and factual argument. Nor does Doe's brief satisfy the exception where a separate brief is not required where "a motion itself contains the legal and factual

argument necessary to support the motion," as his brief contains no citations to the factual record. W.D. Va. Civ. R. 11(c)(2). Because Doe is represented by counsel, he is not afforded the liberal construction afforded to *pro se* plaintiffs and must comply with all applicable procedural rules.

Doe has also moved for Rule 11 sanctions against Defendants. (Dkt. 80.) For the reasons stated in the court's October 21, 2026 memorandum opinion, (Dkt. 92), sanctions are not warranted.

The court **DENIES** Doe's motion for summary judgment. (Dkt. 97.) The court **ORDERS** Doe to refile his motion for summary judgment in compliance with the local rules of this court within **fourteen days** of this order. The court also **DENIES** Doe's motion for sanctions. (Dkt. 80.)

The Clerk is directed to send a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

**ENTERED** this 12th day of November, 2026.

HON. JASMINE H. YOON
UNITED STATES DISTRICT JUDGE